JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEQUANENT FASIL, an individual,<br>Plaintiff,<br>v.<br>US FOODS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br>Defendants. | No. 5:26-cv-03885-JAK (SPx)<br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE (DKT. 14)**<br>**[JS6: CASE TERMINATED]** |

Based on a review of the Joint Stipulation for Dismissal of the Entire Action Without Prejudice, Dkt. 14 ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety, without prejudice. Each party shall bear its own attorney's fees and costs. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: August 20, 2026

John A. Kronstadt
United States District Judge